**MEMO ENDORSED**

**KOSTELANETZ & FINK, LLP**
7 WORLD TRADE CENTER
NEW YORK, NEW YORK 10007
—
TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

February 13, 2013

**VIA REGULAR MAIL AND E-MAIL**
Hon. John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-13-13

Re: *United States v. Dennis Lerner*, 12 Cr. 952 (JFK)

Dear Judge Keenan:

We represent defendant Dennis Lerner in the above-captioned matter. The next pre-trial conference is scheduled for Tuesday, February 19, 2013, at 11:30 a.m.

We write with the consent of Assistant United States Attorney Randall W. Jackson to request that the pre-trial conference be adjourned because plea negotiations are continuing. Having communicated with William Ryan about this proposed adjournment, we respectfully request that the Court adjourn the pre-trial conference to Monday, March 11, 2013, at 11:30 a.m. On behalf of Mr. Lerner, we consent to an exclusion of time under the Speedy Trial Act between February 19, 2013 and March 11, 2013.

Respectfully submitted,

Sharon L. McCarthy

cc: AUSA Randall W. Jackson
(by e-mail)

The application is granted. The conference is adjourned to March 11, 2013 at 11:30 a.m. The time is excluded.

SO ORDERED.
Dated: New York, New York
February 13, 2013

John F. Keenan
U.S.D.J.